IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br>          Petitioner<br><br>     v.<br><br>New England Reinsurance Corporation and Hartford Fire Insurance Company,<br>          Respondents | :<br>:<br>:<br>:  No.<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**ORDER**

AND NOW, this ___ day of _____, 2018, upon consideration of Petitioner, Pennsylvania National Mutual Casualty Insurance Company's Petition to Confirm Arbitration Award and any response thereto it is hereby **ORDERED** that said Petition is **GRANTED** and judgment is entered thereon.

SO ORDERED

_____
J.

219605419