IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company,<br>          Petitioner<br><br>v.<br><br>New England Reinsurance Corporation and Hartford Fire Insurance Company,<br>          Respondents | No. 18 MC 278<br><br>FILED<br>HARRISBURG, PA<br>MAY 1 2018<br>PER _____<br>DEPUTY CLERK |

## PENNSYLVANIA NATIONAL MUTUAL CASUALTY INSURANCE COMPANY'S MOTION TO SEAL CONFIDENTIAL DOCUMENTS

Petitioner, Pennsylvania National Mutual Casualty Insurance Company ("Penn National"), hereby moves this Court pursuant to LR 5.8 and LCrR 49 for an Order sealing Exhibits A, B, and C to Penn National's Petition to Confirm Arbitration Award and submits the attached package with the documents for which the sealing order is sought, the statement of factual and legal justification for the sealing order, and proposed form of order.

Respectfully Submitted,

CLARK HILL PLC

Dated: April 30, 2018

Robert W. Tomilson, Esq. (PA ID 204644)
One Commerce Square
2005 Market Street
Philadelphia, PA 19103
215 640 8500
rtomilson@clarkhill.com

*Counsel for Petitioner, Pennsylvania National Mutual Casualty Insurance Company*

219604586