IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Pennsylvania National Mutual Casualty
Insurance Company,
                Petitioner

    v.

New England Reinsurance Corporation and
Hartford Fire Insurance Company,
                Respondents

No. 18 MC 278

## ORDER

AND NOW, this 2nd day of May, 2018, upon consideration of Petitioner, Pennsylvania National Mutual Casualty Insurance Company's Motion to Seal Confidential Documents and any response thereto it is hereby **ORDERED** that said Motion is **GRANTED** and that Exhibits A, B, and C to Petitioner's Petition to Confirm Arbitration Award shall be filed under seal. It is further **ORDERED** that any future filings in this action that include these documents shall also be filed under seal.

SO ORDERED

J. _____

219605412