# CLARK HILL

Robert W. Tomilson
T 215.640.8550
F 215.640.8501
Email: rtomilson@clarkhill.com

Clark Hill PLC
One Commerce Square
2005 Market Street
Suite 1000
Philadelphia, PA 19103
T 215.640.8500
F 215.640.8501

clarkhill.com

May 3, 2018

VIA ELECTRONIC FILING

Honorable John E. Jones III
Ronald Reagan Federal Building
   and US Courthouse
228 Walnut Street
PO Box 983
Harrisburg PA  17101

      Re:    Pennsylvania National Mutual Casualty Insurance Company v. New England Reinsurance Corporation and Hartford Fire Insurance Company
              USDC, Middle District of Pennsylvania - No. 18-MC-278

Dear Judge Jones:

Pennsylvania National Mutual Insurance Company requests that the above-captioned Petition to Confirm be withdrawn and marked as closed. We request that the Court return or destroy the documents submitted under seal, as you deem appropriate.

                            Respectfully,

                            CLARK HILL PLC

                            Robert W. Tomilson

RWT/dml

219632474