**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company, | Case No.: 1:18-mc-00278-JEJ |
| Petitioner, | Related Actions: 1:18-mc-00653-JEJ<br>1:18-mc-00656-JEJ |
| v. | ORAL ARGUMENT REQUESTED |
| New England Reinsurance Corporation and Hartford Fire Insurance Company, | |
| Respondents. | |

**EVEREST REINSURANCE COMPANY'S
MOTION TO INTERVENE AND TO UNSEAL JUDICIAL DOCUMENTS**

In accordance with Federal Rule of Civil Procedure 24 and the public right of access to judicial documents, Everest Reinsurance Company ("Everest") files this motion to intervene and to unseal Exhibits A and C to the petition to confirm an arbitration award filed by Pennsylvania National Mutual Casualty Insurance Company in this action. With this motion, Everest also files its Memorandum of Law in Support of its Motion to Intervene and to Unseal Judicial Documents, a Table of Unpublished Authorities, a Certification of Counsel in support of the

Motion, a Table of Exhibits, a Certificate of Nonconcurrence, and a proposed order.

Dated: January 22, 2019  Respectfully submitted,

        SAIBER LLC

By: /s/ *Marc E. Wolin, Esq.*
     Marc E. Wolin     (PA 65437)
     mwolin@saiber.com

     Joseph J. Schiavone (NJ 012761989)
     jschiavone@saiber.com
     (Pro hac vice application to be filed)

     Jeffrey S. Leonard   (NJ 031161993)
     jleonard@saiber.com
     (Pro hac vice application to be filed)

     18 Columbia Turnpike, Suite 200
     Florham Park, New Jersey 07932
     Tel. 973-622-3333
     Fax 973-622-3349
     Attorneys for Proposed-Intervenor
     Everest Reinsurance Company