IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pennsylvania National Mutual Casualty Insurance Company, | Case No.: 1:18-mc-00278-JEJ |
| Petitioner, | Related Actions: 1:18-mc-00653-JEJ |
| v. | 1:18-mc-00656-JEJ |
| New England Reinsurance Corporation and Hartford Fire Insurance Company, | |
| Respondents. | |

## NOTICE OF APPEAL

Notice is hereby given that Everest Reinsurance Company ("Everest"), Intervenor in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from that portion of the Memorandum & Order, entered in this action on the fourteenth day of March 2019, that denied Everest's Motion to Unseal Judicial Documents.[1]

Dated: April 9, 2019                                    SAIBER LLC

                                                          /s/ *Jeffrey S. Leonard*
                                                        Jeffrey S. Leonard   (NJ 031161993)
                                                        jleonard@saiber.com
                                                        (Admitted pro hac vice)

---

[1] Page 3 of the Court's March 14, 2019 Memorandum & Order states that Everest's Motion to Intervene is granted but page 5 of the Memorandum & Order states that Everest's "Motion to Intervene and to Unseal Judicial Documents, (Doc. 6), is DENIED." To the extent that the March 14, 2019 Memorandum & Order is to be interpreted as denying Everest's request to intervene, Everest appeals that portion of the decision as well.

Joseph J. Schiavone (NJ 012761989)
jschiavone@saiber.com
(Admitted pro hac vice)

Marc E. Wolin        (PA 65437)
mwolin@saiber.com

18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
Tel. 973-622-3333
Fax 973-622-3349

Attorneys for Intervenor
Everest Reinsurance Company

1379250